# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

John E. Triplett
Acting Clerk

OFFICE of the CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

(706)849-4400

### NOTICE of FILING DEFICIENCY

To:   Richard Liebowitz

Case:  CV120-058

Date: 4/22/2020

Party: Plaintiff

Your pleading, _____

_____ ,

was filed on ____04/22/20____ , however, is deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)      or      [ ☒ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (L.R. 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)

☐ 5. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)

☐ 6. Motion is not in compliance with Local Rules.
  ☐ a.  No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b.  No good faith document was submitted. (L.R. 26.5)
  ☐ c.  Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d.  Separate proposed order was not e-mailed to appropriate proposed order address in either a WordPerfect or Word format. (Administrative Procedures)

☐ 7. Document was not filed electronically using CM/ECF. (Administrative Procedures)

☐ 8. Motion contained request for multiple reliefs but was not selected during electronic filing.  (L.R. Policy)

☐ 9. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 10. Counsel is not admitted to practice in this district.  Forms for pro hac vice admission are attached. See Local Rule 83.4 for more information.

After 14 days a notice of noncompliance will be submitted to a judicial officer
for possible sanctions, to include dismissal.

For more information - Please contact: s/ Paul Sullivan
_____

Deputy Clerk