# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff  
Clerk

OFFICE OF THE CLERK  
P.O. Box 1130  
AUGUSTA, GEORGIA   30903

(706)849-4400

**PRO HAC VICE ADMISSION - INFORMATION AND INSTRUCTIONS**

Local Rule 83.4 sets forth the requirements for admission *pro hac vice*

LR 83.4. Permission to Practice in a Particular Case.

(a) Georgia bar members who reside in this district or maintain their principal place of business in this district shall not appear before this Court via pro hac vice admission, but instead must join this Court's bar, even to represent someone in one (or an occasional) case.

(b) Any attorney not subject to LR 83.4(a), but who is in good standing with the bar of another federal district court, may be permitted to appear and participate in a particular case before this Court, whether civil or criminal, with the prior approval of this Court, subject to the following conditions:

> (1)  pro hac vice counsel must designate, by a writing filed in the case in which appearance is sought, some willing member of this Court's bar upon whom motions and papers may be served.  For that designation to be effective, such local counsel must enter a written appearance in the case.

> (2)  pro hac vice counsel also must: (i) certify, in a writing filed with this Court, membership in good standing of a federal district court; and (ii) file with the Clerk of this Court a certificate of good standing from that court.

(c)  Any attorneys representing the United States Government, or any agency thereof, may appear and participate in particular actions or proceedings in an official capacity without a petition for admission, provided the attorney is a member of a federal district court's bar.  Any such attorney so appearing shall certify to the Court in writing that he or she has read and is familiar with the local rules.  Further, unless excused from doing so by the presiding judge, any such attorney shall be accompanied at hearings and trials by an Assistant United States Attorney of this district who shall also review and sign pleadings.

<u>Admission Fee</u>: $200 cash or U.S. Postal money order, cashier's check, or law firm check made payable to the Clerk, U.S. District Court. When making application by motion for admission pro hac vice on-line, payment of the fee shall be made by credit card.

<u>Application</u>: Type, completing all blanks.

<u>Designated Local Counsel</u>: Must be an active member in good standing of the Bar of this Court.

<u>Mandatory Requirements</u>: Provide a list of all cases filed in this Court in which applicant has appeared as counsel.

# United States District Court

*Southern District of Georgia*

_____  Case No.  _____
         Plaintiff

v.                                Appearing on behalf of

_____         _____
         Defendant                           (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*\*\*\*\*\**

NAME OF PETITIONER:  _____

Business Address:  _____
                                  Firm/Business Name

_____
                                  Street Address

_____  _____  _____
Street Address (con't)      City            State     Zip

_____
Mailing Address (if other than street address)

_____  _____  _____
Address Line 2              City            State     Zip

_____  _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  _____

# United States District Court

## *Southern District of Georgia*

_____   Case No.  _____
Plaintiff

**v.**   Appearing on behalf of : _____

_____   _____
Defendant   (Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____ hereby requests permission to appear pro hac vice in the subject case filed in the _____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This _____ day of _____ , 2020 .

_____
(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, _____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This _____ day of _____ , _____ .

_____   _____
Georgia Bar Number   Signature of Local Counsel

_____   _____ (Law Firm)
Business Telephone   _____ (Business Address)
   _____ (City, State, Zip)
   _____ (Mailing Address)
   _____ (Email Address)