# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett, | OFFICE of the CLERK | (706)849-4400 |
| Acting Clerk of Court | P.O. Box 1130 | |
| | AUGUSTA, GEORGIA 30903 | |

## NOTICE of FILING DEFICIENCY

To: Richard Liebowitz            Date: 5/7/2020
Case: CV 120-58                  Party: Shirley Radabaugh

Your Motion for Leave to Appear *Pro Hac Vice*, filed on behalf of, Richard Liebowitz,

on 05/07/2020, is deficient in the area(s) checked below:

[ ] No actions required (Informative Only)      or      [x] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

[x] 1. You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court.
[x] 2. You did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information.
[✓] 3. You did not designate a member of this court's bar who shall stand as local counsel.
[ ] 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
[x] 5. You did not submit the appropriate filing fee.
    6. **The attached documents were not properly filed with the Court. Do not email documents for filing to court personnel**.

After 2 days a notice of noncompliance will be submitted to a judicial officer.

For more information - Please contact: Tara H. Burton

Deputy Clerk