UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHIRLEY RADABAUGH,<br><br>        Plaintiff,<br><br>- against -<br><br>CLAY TURNER REALTY GROUP, LLC<br><br>        Defendant. | Docket No. 1:20-cv-00058-JRH-BKE |

## PLAINTIFF'S MOTION PURSUANT TO
## PROCEED WITHOUT LOCAL COUNSEL

Plaintiff Shirley Radabaugh ("Plaintiff"), via undersigned counsel, respectfully moves the Honorable Court for leave to file its pro hac vice application proceed in this action *without* local counsel.  This matter involves a simple copyright infringement claim under 17 U.S.C. § 501 arising from defendant's unauthorized use of a single photograph.  Plaintiff's counsel, Richard P. Liebowitz, is located in New York and serves as lead counsel.  The grounds for the requested relief are as follows:

1) This is not a complex matter and involves a single cause of action.

2) The requirement to retain local counsel imposes additional costs on Plaintiff that is not warranted by the overall economic value of the case. Accordingly, as a valuable cost-saving measure, Plaintiff respectfully requests that Mr. Liebowitz be permitted to file his pro hac vice application without local counsel.

Dated: May 6, 2020

                          Respectfully Submitted,

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff*
*Shirley Radabuagh*