# United States District Court

## *Southern District of Georgia*

Shirley Radabaugh

_____   Case No. 1:20-cv-00058

Plaintiff

**v.**

Clay Turner Realty Group, LLC   Appearing on behalf of

_____   Plaintiff

Defendant   (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Richard Liebowitz

Business Address: Liebowitz Law Firm, PLLC

Firm/Business Name

11 Sunrise Plaza, Suite 305

Street Address

_____   Valley Stream   NY   11580

Street Address (con't)   City   State   Zip

_____

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

516-233-1660

Telephone Number (w/ area code)   Georgia Bar Number

Email Address: RL@LiebowitzLawFirm.com

# United States District Court

## Southern District of Georgia

Shirley Radabaugh
_____
Plaintiff

Case No. 1:20-cv-00058
_____

v. Clay Turner Realty Group, LLC
_____
Defendant

Appearing on behalf of : _____
Plaintiff
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, _____Richard Liebowitz_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Augusta_____ Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____New York_____ . ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This _____ day of _____ , _____ .

_____
/s/Richard Liebowitz
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This _____ day of _____ , _____ .

_____    _____
Georgia Bar Number                                Signature of Local Counsel

_____    _____  (Law Firm)
Business Telephone               _____  (Business Address)
                                 _____  (City, State, Zip)
                                 _____  (Mailing Address)
                                 _____  (Email Address)