# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Acting Clerk | OFFICE of the CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | (706)849-4400 |

## NOTICE of FILING DEFICIENCY

To:  Richard Liebowitz                                                     Date: 6/8/2020
Case: CV 1:20-58                                                             Party: Shirley Radabaugh

Your pleading,  # 11 Report of Rule 26(f) Planning Meeting                                                      ,

was filed on    06/08/20   , however, is deficient in the area(s) checked below:

[ ☒ ] No actions required (Informative Only)        or        [ ☐ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (L.R. 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
☐ 5. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in either a WordPerfect or Word format. (Administrative Procedures)
☐ 7. Document was not filed electronically using CM/ECF. (Administrative Procedures)
☐ 8. Motion contained request for multiple reliefs but was not selected during electronic filing.  (L.R. Policy)
☐ 9. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 10. Attorney is not admitted to practice in this Court.  Do not sign documents for filing until you have been admitted to practice in this Court.

After 14 days a notice of noncompliance will be submitted to a judicial officer
for possible sanctions, to include dismissal.

For more information - Please contact:  *Tara H. Burton*
                                                              Deputy Clerk