IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| SHIRLEY RADABAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:20-cv-00058-JRH-BKE |
| | ) | |
| v. | ) | Chief Judge J. Randal Hall |
| | ) | |
| CLAY TURNER REALTY GROUP LLC | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF RICHARD LIBEOWITZ

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge or good faith belief.

1. I am lead counsel for Plaintiff Shirley Radabaugh in this action and maintain an office for the practice of law at 11 Sunrise Plaza, Ste. 305, Valley Stream, NY 11580.

2. I am admitted to and a member of the bar of the State of New York. My primary federal bar identification number is RL1234 (S.D.N.Y.). My state bar ID is NY 5357702.

3. A current certificate of good standing, dated March 5, 2020, issued by the United States District Court, Southern District of New York, is attached hereto a <u>Exhibit A.</u>

4. A current certificate of good standing, dated March 3, 2020, issued by the Appellate Division of the Supreme Court of the State of New York (2d Judicial Department) is attached hereto as <u>Exhibit B</u>.

5. I have <u>not</u> previously appeared as counsel in the Southern District of Georgia.

EXHIBIT 1

2

6. The fee in the amount of two hundred dollars ($200.00) is being presented to the Court simultaneously with this supplemental declaration in payment of the administrative fees required to process this application for *pro hac vice*. In the event I am unable to process the fee by credit card via ECF, then I will mail a check today for $200.00 to the Clerk, U.S. District Court.

Dated: June 18, 2020
Valley Stream, New York

    Respectfully submitted,

**/s/richardliebowitz/**
Richard Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*

2

# EXHIBIT A

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD   LIEBOWITZ_____, Bar # _____RL1234_____

was duly admitted to practice in the Court on

_____October 20, 2015_____

and is in good standing as a member of the Bar of this Court

Dated at         500 Pearl St.              On          _____March 5, 2020_____
               New York, New York

         _____Ruby J. Krajick_____          By          _____[signature]_____
               Clerk of Court                                Deputy Clerk

# EXHIBIT B



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that Richard P. Liebowitz was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 19th day of August 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 03, 2020.

*Aprilanne Agostino*
Clerk of the Court