# United States District Court

## Southern District of Georgia

Shirley Radabaugh

_____
Plaintiff

v.

Clay Turner Realty Group, LLC

_____
Defendant

Case No. 1:20-cv-00058

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Richard Liebowitz |
| Business Address: | Liebowitz Law Firm, PLLC |
| | Firm/Business Name |
| | 11 Sunrise Plaza, Suite 305 |
| | Street Address |
| | Valley Stream    NY    11580 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 516-233-1660 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | RL@LiebowitzLawFirm.com |

# United States District Court
## Southern District of Georgia

Shirley Radabaugh

_____
Plaintiff

v. Clay Turner Realty Group, LLC

_____
Defendant

Case No. 1:20-cv-00058

Appearing on behalf of : _____

Plaintiff
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, _____Richard Liebowitz_____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Augusta____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____New York_____. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates ___Dorsey R. Carson Jr.___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __18th__ day of ____June____, __2020__ .

_____ /s/Richard Liebowitz
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ___Dorsey R. Carson Jr.___, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise. This __18th__ day of __June__, __2020__ .

940300
_____
Georgia Bar Number

601-351-9831
_____
Business Telephone

/s/Dorsey R. Carson, Jr.
_____
Signature of Local Counsel

Carson Law Group, PLLC (Law Firm)
125 South Congress St. - Suite 1336 (Business Address)
Jackson, MS 39201 (City, State, Zip)
125 South Congress St. Jackson, MS 39201 - Suite 1336 (Mailing Address)
dcarson@theCarsonLawGroup.com (Email Address)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHIRLEY RADABAUGH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:20-cv-00058-JRH-BKE |
| ) | |
| v. ) | Chief Judge J. Randal Hall |
| ) | |
| CLAY TURNER REALTY GROUP LLC ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF RICHARD LIBEOWITZ

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge or good faith belief.

1. I am lead counsel for Plaintiff Shirley Radabaugh in this action and maintain an office for the practice of law at 11 Sunrise Plaza, Ste. 305, Valley Stream, NY 11580.

2. I am admitted to and a member of the bar of the State of New York. My primary federal bar identification number is RL1234 (S.D.N.Y.).  My state bar ID is NY 5357702.

3. A current certificate of good standing, dated March 5, 2020, issued by the United States District Court, Southern District of New York, is attached hereto a Exhibit A.

4. A current certificate of good standing, dated March 3, 2020, issued by the Appellate Division of the Supreme Court of the State of New York (2d Judicial Department) is attached hereto as Exhibit B.

5. I have not previously appeared as counsel in the Southern District of Georgia.



6. The fee in the amount of two hundred dollars ($200.00) is being presented to the Court simultaneously with this supplemental declaration in payment of the administrative fees required to process this application for *pro hac vice*. In the event I am unable to process the fee by credit card via ECF, then I will mail a check today for $200.00 to the Clerk, U.S. District Court.

Dated: June 18, 2020
Valley Stream, New York

                                                          Respectfully submitted,

                                                          **/s/richardliebowitz/**
                                                          Richard Liebowitz

                                                          LIEBOWITZ LAW FIRM, PLLC
                                                          11 Sunrise Plaza, Suite 305
                                                          Valley Stream, NY 11580
                                                          (516) 233-1660
                                                          RL@LiebowitzLawFirm.com

                                                          *Counsel for Plaintiff*

2

# EXHIBIT A

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD  LIEBOWITZ_____ , Bar # _____RL1234_____

was duly admitted to practice in the Court on

_____October 20, 2015_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____March 5, 2020_____
             New York, New York

_____Ruby J. Krajick_____     By     _____[signature]_____
       Clerk of Court                              Deputy Clerk

Case 1:20-cv-00058-JRH-BKE   Document 14-1   Filed 06/18/20   Page 7 of 8

# EXHIBIT B



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that Richard P. Liebowitz was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 19th day of August 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 03, 2020.

*Aprilanne Agostino*

Clerk of the Court