

Capital Towers
125 South Congress Street
Suite 1336
Jackson, Mississippi 39201

Main (601) 351-9831
Fax  (601) 510-9056
www.thecarsonlawgroup.com

Dorsey R. Carson, Jr.
Attorney
Admitted in AR, DC, GA, MS and TX
MS State Bar Approved Mediator
dcarson@thecarsonlawgroup.com

July 31, 2020

**VIA ELECTRONIC FILING**
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia
600 James Brown Blvd.
August, GA 30901

      Re:    *Shirley Radabaugh v. Clay Turner Realty Group, PLLC*; In the United States Southern District Court of Georgia, Augusta Division; Civil Action No.: 1:20-cv-00058-JRH-BKE

## NOTICE OF ORDER

On June 26, 2020, in another action, the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York entered an Opinion and Order directing that Mr. Liebowitz and LLF file a copy of that Opinion and Order in all currently pending cases. A copy of Judge Furman's order is attached hereto.

Mr. Liebowitz and LLF strongly contest Judge Furman's factual findings and legal conclusions, and have appealed the Opinion and Order to the United States Court of Appeals for the Second Circuit.

Dated: July 31, 2020

                  Respectfully Submitted,

                  CARSON LAW GROUP, PLLC

                  /s/Dorsey R. Carson, Jr.
                  Dorsey R. Carson, Jr.
                  Georgia Bar No. 940300
                  2870 Peachtree Road NW #915-3234
                  Atlanta, GA 30305
                  Telephone: 404.853.1500
                  Facsimile: 601.510.9056
                  dcarson@thecarsonlawgroup.com