IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHIRLEY RADABUAGH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cv-00058-JRH-BKE |
| | ) | |
| CLAY TURNER REALTY GROUP | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☐ YES          ☒ NO

2. If the parties answered yes to question 1, do the parties prefer the assigned Magistrate Judge or a private mediator?
   ☐ Private Mediator     ☐ Magistrate Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   N/A

4. If the parties prefer the assigned Magistrate Judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   N/A

This 5th day of October 2020.

*/s/Dorsey R. Carson*
Plaintiff's Counsel

*/s/Richard Liebowitz (Admitted PHV*
Plaintiff's Counsel

*/s/Kristen Turner*
Defense Counsel