# EXHIBIT B

 **zoominfo**    Email Finder    Top Companies    Company Search    People Search    Solutions    About Us

Overview | Company Insights

Search Companies    Sign Up



# Turner Realty

### Description

Turner Realty Group is based in Lincolnton, GA and serves the Central Savannah River Area of Georgia and South Carolina. Turner Realty also offers resort/vacati... Read More

**Headquarters:** PO Box 247, Lincolnton, Georgia, 30817, United States

**Phone:** (706) 359-3930

**Website:** www.turnerrealty.us

**Employees:** 6

**Revenue:** $1 Million

Update Company   |   View contact profiles from Turner Realty

SIC Code  6531,653    NAICS Code  531,5312    Show More

Real Estate

## View Employees


**Deenie Cerasuolo**
Manager, Business
📞 Phone  |  ✉ Email


**Faith Hill**
Listing Coordinator
📞 Phone  |  ✉ Email


**Carmen Blanchard**
Associate Broker
📞 Phone  |  ✉ Email

Find more contacts

## Turner Realty Company Insights

### 💲 Revenue

### 👥 Employee Growth Rate

This content is available only for ZoomInfo customers

Learn More

## Turner Realty's Tech Stack



See more technologies

**Frequently Asked Questions regarding Turner Realty**

**Where are Turner Realty's headquarters?**
Turner Realty's headquarters are in PO Box 247, Lincolnton, Georgia, 30817, United States

**What is Turner Realty's phone number?**
Turner Realty's phone number is (706) 359-3930

**What is Turner Realty's official website?**
Turner Realty's official website is www.turnerrealty.us

**What is Turner Realty's Revenue?**
Turner Realty's revenue is $1 Million

**What is Turner Realty's SIC code?**
Turner Realty's SIC: 6531,653

**What is Turner Realty's NAICS code?**
Turner Realty's NAICS: 531,5312

**How many employees are working in Turner Realty?**
Turner Realty has 6 employees

**What is Turner Realty's industry?**
Turner Realty is in the industry of: Real Estate

See more information about Turner Realty

# Browse ZoomInfo's Directories



Boston  |  New York City  |  Houston  |  Chicago  |  Los Angeles  |  Atlanta

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

---



Boston  |  New York City  |  Houston  |  Chicago  |  Los Angeles  |  Atlanta

Free Trial      Login                                    866.904.9666

| WHAT WE DO | WHO WE HELP | COMPANY | RESOURCES | DIRECTORY |
|---|---|---|---|---|
| Contact & Company Search | Sales | Pricing | Our Data | Update Your Company |
| Buyer Intent | Marketing | About Us | Blog | Claim Profile |
| Web Research & Social Selling | Recruiting | Our Leadership | Case Studies | |
| Automated Intelligence & Outreach | Enterprise | Investor Relations | Resource Center | |
| Webform Optimizations | Account Management | Newsroom | Recipes for Success | |
| Website Visitor Tracking | | Awards | Engineering Blog | |
| Lead Enrichment | | Careers | ZoomInfo Videos | |
| Activity & Pipeline Management | | Contact Us | Learning Hub | |
| GDPR & CCPA Compliance | | FAQs | Covid-19 Newsfeed | |
| Enterprise API | | | Data Transparency | |
| Integrations | | | | |
| Account Targeting | | | | |
| Database Management | | | | |
| Health Scan Analysis | | | | |
| Ideal Customer Profile | | | | |
| Sales Engagement | | | | |

© 2020 ZoomInfo Technologies LLC    Privacy    Terms & Conditions    Cookies    Status    Do Not Sell My Info





**888-805-8087**   

 Navigation Menu



Learn More About Our Area

## Meet the Turner Realty Professionals

When choosing a real estate company, choose Turner Realty Group… people you can trust. Turner Realty Group is an experienced, efficient real estate team with the same resources as the "big-guys", but better customer service and attention to detail. We look forward to working with you! Turner Realty Group is proud to serve the Real Estate Needs of the Central Savannah River Area(CSRA) of Georgia and South Carolina.





# Explore Our Services



**Turner Realty - Choose A Friend**



er Realty - Abou

00:59

02:11



# Featured Listings

  

| 1028 S Pointe Shores | TIGNALL, GA | 1009 Nautical Point | LINCOLNTON, GA | 1086 Miami Drive | LINCOLNTON, GA |

Residential

Residential

Residential

$749,900

$375,000

$467,500



## Contact Us

Name

Email   example@example.com

Phone   706-555-1212

Best Time to Call

Message

SUBMIT

138 N. Peachtree Street
Lincolnton, GA 30817

888-805-8087

EQUAL HOUSING OPPORTUNITY - Turner Realty Group LLC encourages and supports an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin. All residential real estate information on this website is subject to the Federal Fair Housing Act Title VIII of the Civil Rights Act of 1968, as amended, which makes it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial states, or national origin, or intention to make any such preference, limitation or discrimination." Your state or local jurisdiction may impose additional requirements. We are committed to the letter and spirit of the United States policy for the achievement of equal housing opportunity.

Copyright @2020 Turner Realty Group, All Rights Reserved | Privacy Policy | Contact Us

Powered by SOUTHFIRE WEB SOLUTIONS