# EXHIBIT D

Listing
4 Beds 3 Baths $699,000
private... View Listing
5 Beds 5 Baths $635,000
and family... View Listing
2 Beds 1 Baths $379,000
family room... View Listing
3 Beds 2 Baths $240,000
bedrooms, 2 full... View Listing
3 Beds 2 Baths $375,000
PENDING
1505 Amity Woodlawn Road LINCOLNTON, GA
5 bed,3 bath,split-level ranch that has been freshly painted, new flooring, new carpet, new vinyl siding, new doors, recently stained deck, and roof... View Listing
5 Beds 3 Baths $335,000
1011 Azalea Drive Augusta, GA
A three iron away from the exclusive Augusta National Golf Club, The Baron Club is located in historic Augusta, Georgia and includes all of the... View Listing
12 Beds 12 Baths $5,900,000
288 CEDAR Waynesboro, GA
UNIQUE RETREAT!! 312 acres of peace and serenity. Private paved road leads from the beautiful iron gate, controlled by coded key pad, to... View Listing
4 Beds 4 Baths $3,495,000
10 Plum Branch Road Edgefield, SC
Modern Luxury meets Old South Serenity. Plum Branch Farm is comprised of 293 acres just 40 minutes from Augusta, GA, Aiken or Greenwood SC. Within the... View Listing
4 Beds 4 Baths $3,250,000
25 Moores Road Edgefield, SC
142+ acre farm, superbly designed for quality of life & diverse activities such as horse breeding & training, cattle breeding and finishing, premium... View Listing
10 Beds 7 Baths $3,100,000
602 Milledge Road Augusta, GA
Newly renovated Mediterranean Masterpiece on Milledge Road! This exclusive 2.04 acre property located across from the Augusta Country Club and less... View Listing
3 Beds 3 Baths $2,995,000
1354 Audubon Drive AIKEN, SC
Trout Walk Cottage is a stunning, singular property on 8.64 acres, nestled among three iconic Aiken equestrian venues, the Aiken Training Track,... View Listing
6 Beds 4 Baths $2,845,000
PENDING
114 Larkspur Road WAGENER, SC
An exquisite equestrian estate in the rolling hills of Aiken County, SC! The estate is situated on 23 acres and totals 6100SF w/ 4 bedrooms 5... View Listing
4 Beds 5 Baths $2,150,000
550 Mead Avenue AIKEN, SC
When you dream of equestrian properties in Aiken's Horse District, this is the one! Privately situated and gated on the historic clay roads with easy... View Listing
3 Beds 4 Baths $1,990,000
PENDING
2021 Grace Avenue Evans, GA
Immaculate, Mediterranean style home in The Estates at Jones Creek! Beautiful hardwoods, heavy custom trim, high ceilings, solid doors, custom... View Listing
8 Beds 9 Baths $1,975,000

RESIDENTIAL  COMMERCIAL  LAND                                       SQUARE FOOTAGE  PROPERTY TYPE  PRICE

Showing 22 – 41 of 2749
First Prev 1 2 3 4 5 6 7 Next Last

    

**2150 Battle Row** — Augusta, GA
Rare opportunity to own one of Augusta's oldest and largest estates located in the heart of Summerville. Historic "Sandy Acres" is the evolved joining... View Listing

5 Beds 4 Baths      $1,600,000

**933 Milledge Road** — Augusta, GA
The Home of Harris Clay. Hidden behind a wall of lush greenery for decades, one of Augusta's finest properties is now available for sale. This 3+... View Listing

8 Beds 5 Baths      $1,595,900

**233 Hollow Creek Farm Road** — AIKEN, SC
Hollow Creek Farm - 133 acres with 3br / 3.5 bath mid-century brick and pine ranch home at the end of a classic farm lane, centuries-old live oaks... View Listing

3 Beds 3 Baths      $1,500,000

**311 Little Branch Lane** — Martinez, GA
Classic Williamsburg Colonial architectural style estate in Rhodes Farm with resort like grounds featuring a saltwater pool, outdoor kitchen, lawn for... View Listing

7 Beds 7 Baths      $1,495,000

**1050 Clear Creek Court** — AIKEN, SC
Exceptional 14 Acre Equestrian Estate in Aiken's coveted Bridle Creek Community! 2009 custom built 4 bedroom, 3 full bath, 2 half bath home offers... View Listing

4 Beds 3 Baths      $1,450,000

    

**1866 Champions Circle** — Evans, GA
LUCRATIVE MASTERS RENTAL! Rustic Elegance in exclusive Champions Retreat. The perfect entertainment home on #8 green. The home features 6 bdms, 5 full/3... View Listing

6 Beds 6 Baths      $1,435,000

**1804 Champions Circle** — Evans, GA
Stunning, custom home nestled on the 5th Fairway of the Gary Player Course at Champions Retreat! Impressive details flow throughout this semi-open... View Listing

5 Beds 5 Baths      $1,399,900

**5124 Grande Park** — Evans, GA
Gorgeous Home on Grande Park in River Island! This incredible home is 6 bedrooms 5.5 bathrooms over 6000 SF and situated on the Savannah River. This... View Listing

6 Beds 5 Baths      $1,395,000

**1106 Johns Road** — Augusta, GA
Historic home on Johns Road. Imagine yourself as the new owner of this stunning home that offers over 6,600 square feet and was built in the 1890's... View Listing

5 Beds 5 Baths      $1,329,900

**1806 Champions Circle** — Evans, GA
Captivating one of a kind custom home located on the Gary Player course in sought after Champions Retreat. Be immediately blown away as you enter... View Listing

4 Beds 5 Baths      $1,300,000







































