# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-163-245

**Effective Date of Registration:**
July 15, 2019

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:**    8.28.16.The Aiken Train Depot during the blue hour after sunset

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    August 28, 2016
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Shirley Radabaugh
  **Author Created:**    Photograph
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Shirley Radabaugh
222 Satomi Way, Aiken, SC, 29803, United States

## Certification

**Name:**    Richard Liebowitz, Authorized agent of Author/Owner
**Date:**    July 15, 2019

---

**Copyright Office notes:**    Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person,

and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration #:**    VA0002163245
**Service Request #:**    1-7883391541



Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Case 1:20-cv-00058-JRH-BKE    Document 20-6    Filed 11/05/20    Page 5 of 7



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002163245
Search Results: Displaying 1 of 1 entries



Labeled View

## *8.28.16.The Aiken Train Depot during the blue hour after sunset.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002163245 / 2019-07-15 |
| **Application Title:** | 8.28.16.The Aiken Train Depot during the blue hour after sunset. |
| **Title:** | 8.28.16.The Aiken Train Depot during the blue hour after sunset. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Shirley Radabaugh. Address: 222 Satomi Way, Aiken, SC, 29803, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-08-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Shirley Radabaugh; Domicile: United States. Authorship: Photograph. |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work |

WebVoyage Record View

must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Names:** [Radabaugh, Shirley](#)



| **Save, Print and Email ([Help Page](#))** |
| --- |
| Select Download Format   [Full Record ▾]   [Format for Print/Save] |
| Enter your email address:   [      ] [Email] |

---

[Help](#)    [Search](#)    [History](#)    [Titles](#)    [Start Over](#)

---

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) | [Copyright Office Home Page](#) | [Library of Congress Home Page](#)