# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett<br>Acting Clerk | OFFICE of the CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | (706)849-4400 |
|---|---|---|

## NOTICE of FILING DEFICIENCY

To:  Dorsey Reese Carson, Jr.  Date: 11/6/2020
Case: CV 1:20-058  Party: Shirley Radabaugh

Your pleading, __#20 Affidavit attached to the Motion for Summary Judgment__,
was filed on __11/05/20__, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)   or   [x] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☒ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. Other:

  Affidavit was not signed.

After 14 days a notice of noncompliance will be submitted to a judicial officer
for possible sanctions, to include dismissal.

For more information - Please contact:  *Tara H. Burton*
                                         Deputy Clerk