UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 JAN 26 P 2: 33

CLERK
SO. DIST. OF GA.

IN RE THE SUSPENSION OF        )
                               )  MISC. No. _____
                               )
RICHARD P. LIEBOWITZ           )    **MC121-003**

# ORDER

This Court has received a copy of a letter dated January 12, 2021, from the Law Offices of Michael S. Ross who represents Richard P. Liebowitz, an attorney previously admitted to practice law in the United States District Court for the Southern District of New York, who is admitted to practice law in this Court *pro hac vice*. The letter reflects that by Amended Order dated November 30, 2020, the Committee on Grievances for the United States District Court for the Southern District of New York interimly suspended Mr. Liebowitz from the practice of law before the Southern District of New York, effective immediately, and pending the outcome of disciplinary proceedings before that court's Committee on Grievances. Copies of the letter and the November 30, 2020 Amended Order are attached hereto as Exhibit "A". As a result of Mr. Liebowitz's suspension, a number of federal courts have either reciprocally suspended or disbarred him from the practice of law in their courts. Copies of the orders are also attached to Exhibit "A".

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED in accordance with Local Rule 83.5(a), that Richard P. Liebowitz be provisionally suspended from the practice of law before this Court. Unless good cause is shown within thirty (30) days from the date of this Order, an order of disbarment shall be entered. A copy of this Order and Exhibit "A" shall also be filed in all cases pending in this Court in which Mr. Liebowitz is listed as counsel.

This 26th day of January, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA