IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

IN RE THE SUSPENSION OF      )
                             )    MC 121-003
                             )
RICHARD P. LIEBOWITZ         )

O R D E R

With respect to the captioned Attorney at Law previously admitted *pro hac vice* to practice before the United States District Court for the Southern District of Georgia, the Court issued a Show Cause Order on January 26, 2021. Therein, Richard P. Liebowitz was provisionally suspended from the practice of law before this Court with disbarment to follow unless good cause could be shown within thirty days from the date of the Order. The reasons for the provisional suspension and disbarment appear in the Order of January 26, 2021 and attached documentation. Mr. Liebowitz has not responded to the Order, and the allotted time has passed. Accordingly, disbarment is mandated by Local Rule 83.5(b), S.D. Ga.

**IT IS THEREFORE ORDERED, ADJUGED AND DECREED** that Richard P. Liebowitz is hereby **DISBARRED** from the practice of law in the Southern District of Georgia. **IT IS ORDERED** that said attorney shall hereafter make no pretense or attempt to practice law

before this Court, nor shall he take any action to create the appearance or illusion of authority to practice law before this Court unless or until Mr. Liebowitz is reinstated to practice law in the State of New York and complies with the provisions of Local Rule 83.4(b), S.D. Ga.  **IT IS FURTHER ORDERED** that the Clerk of Court shall file a copy of this Order in any active case in which Mr. Liebowitz is listed as counsel and ensure that a copy of this Order is disseminated to each divisional office in the District.

**ORDER ENTERED** this 5th day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA