IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHIRLEY RADABAUGH, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-058 |
| CLAY TURNER REALTY GROUP, LLC, | * | |
| Defendant. | * | |

O R D E R

Plaintiff Shirley Radabaugh's motion for partial summary judgment (Doc. 20) is currently under consideration. Plaintiff submitted an unsigned and undated affidavit in support of that motion, which she relies upon heavily. (Doc. 20-1.) Unsigned affidavits are not properly considered at summary judgment. See Carter v. City of Douglas, CV 514-74, 2016 WL 8730573, at *1 (S.D. Ga. Sept. 30, 2016) (striking unsigned affidavit at summary judgment even though it contained language that it was "true under penalty of perjury"). Therefore, **IT IS HEREBY ORDERED** that Plaintiff shall have **7 days** from the entry of this Order to submit a signed affidavit in support of her summary judgment motion.

**ORDER ENTERED** at Augusta, Georgia this 9th day of June, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA