# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tesle*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-163-245**

**Effective Date of Registration:**
July 15, 2019

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

| | |
|---|---|
| Title of Work: | 8.28.16.The Aiken Train Depot during the blue hour after sunset |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | August 28, 2016 |
| Nation of 1st Publication: | United States |

### Author

- | | |
  |---|---|
  | Author: | Shirley Radabaugh |
  | Author Created: | Photograph |
  | Domiciled in: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Shirley Radabaugh |
| | 222 Satomi Way, Aiken, SC, 29803, United States |

### Certification

| | |
|---|---|
| Name: | Richard Liebowitz, Authorized agent of Author/Owner |
| Date: | July 15, 2019 |

---

| | |
|---|---|
| Copyright Office notes: | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, |

and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.