# EXHIBIT E

Railroad station in Chester, VT News Photo - Getty Images

https://www.gettyimages.com/detail/news-photo/railroad-station-in-chester-vt-news-photo/144073996?adppopup=true

gettyimages

Railroad station in Chester, VT

Railroad station in Chester, VT (Photo by: Joe Sohm/Visions of America/Universal Images Group via Getty Images)



Comp    + Save

PURCHASE A LICENSE

Standard editorial rights    Custom rights

Get personalized pricing by telling us about when, where, and how you want to use this image.

SELECT OPTIONS

SAVE TO CART

**Please note:** images depicting historical events may contain themes, or have descriptions, that do not reflect current understanding. They are provided in a historical context. Learn more.

DETAILS

Restrictions:    Contact your local office for all commercial or promotional uses.
Credit:         Joe Sohm/Visions of America / Contributor
Editorial #:    144073996
Collection:     Universal Images Group
Date created:   January 01, 1993
License type:   Rights-managed
Release info:   Not released. More information
Source:         Universal Images Group Editorial
Object name:    929_14_VOA55-VT085.jpg

Getty Images

https://www.gettyimages.com/purchase/price-calculator/144073996

### Price a rights-managed image

gettyimages

The license details are shown below. To change any of your selections, click Edit next to the section you want to change. To discard your selections and choose all new ones, click Start over.

**License summary**

**1. Image usage** — Edit

| | |
|---|---|
| Editorial image #: | 144073996 |
| Use: | Advertising - Print, display and TV |
| Format: | Advertorial |
| This use covers: | Use in an editorial style article (any placement - print or electronic) intended to indirectly promote a product or service. Includes right to archive the image in context of the original scope up to 5 years. |

Do you want to license this image for multiple uses?
Call or email to ask about:
Advertising pack: print, outdoor, web

**2. Usage specs** — Edit

| | |
|---|---|
| Start date: | 07 Jul 2021 |
| Duration: | Up to 3 years |

**3. Target market** — Edit

| | |
|---|---|
| Territory: | United States |
| Industry: | Travel / Tourism |

Start over

**Item**



Editorial image #:144073996
$2,315.00 USD

ADD TO CART

Taxes not applied

**Questions?**

For help with licensing an image for multiple uses, exclusivity, bulk pricing, or other products and services, contact us by email, online or phone.

Contact us

Learn more about licensing