# EXHIBIT B

# Price a rights-managed image



The license details are shown below. To change any of your selections, click Edit next to the section you want to change. To discard your selections and choose all new ones, click Start over.

## License summary

### 1. Image usage — Edit

| | |
|---|---|
| **Editorial image #:** | 144073996 |
| **Use:** | Advertising - Print, display and TV |
| **Format:** | Advertorial |
| **This use covers:** | Use in an editorial style article (any placement - print or electronic) intended to indirectly promote a product or service. Includes right to archive the image in context of the original scope up to 5 years. |

**Do you want to license this image for multiple uses?**
Call or email to ask about: Advertising pack: print, outdoor, web

### 2. Usage specs — Edit

| | |
|---|---|
| **Start date:** | 03 Aug 2021 |
| **Duration:** | Up to 1 year |

### 3. Target market — Edit

| | |
|---|---|
| **Territory:** | United States |
| **Industry:** | Property / Real Estate |

[ Start over ]

---

**Item**

Editorial image #:144073996

**$1,770.00 USD**

[ 🛒 ADD TO CART ]

Taxes not applied

### Questions?

For help with licensing an image for multiple uses, exclusivity, bulk pricing, or other products and services, contact us by email, online or phone.

✉  **Contact us**

❓ **Learn more about licensing**