IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SHIRLEY RADABAUGH,          *
                            *
     Plaintiff,             *
                            *
          v.                *          CV 120-058
                            *
CLAY TURNER REALTY GROUP, LLC,  *
                            *
     Defendant.             *
                            *

------------

## O R D E R

------------

Before the Court is Plaintiff's motion for attorney's fees. (Doc. 41.)  The Clerk entered judgment against Defendant on August 3, 2021.  (Doc. 40.)  Plaintiff filed her motion for attorney's fees on August 17, 2021.  (Doc. 41.)  Then, on September 16, 2021, Plaintiff filed her affidavit in support and Defendant filed its response in opposition to Plaintiff's motion.  (Docs. 42, 43.) Neither filing was timely.  See L.R. 7.5, 54.2(c), SDGa.

Nevertheless, in light of Defendant's request for "time to review and respond to [Plaintiff's documentation and itemization of attorney's fees]," the Court **GRANTS** Defendant's request for additional time to review Plaintiff's affidavit and respond to the same.  Defendant **SHALL FILE** any response to Plaintiff's affidavit **ON OR BEFORE THURSDAY, DECEMBER 2, 2021 AT 5:00 P.M.**  Plaintiff

**SHALL FILE** any reply to Defendant's response **ON OR BEFORE MONDAY, DECEMBER 13, 2021, AT 5:00 P.M.**

ORDER ENTERED at Augusta, Georgia, this 22nd day of November, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2