AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHIRLEY RADABAUGH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-058

CLAY TURNER REALTY GROUP, LLC,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of January 12, 2022, Plaintiff's Motion for Attorney's Fees is granted in part and denied in part. Plaintiff is awarded $21.30 for costs. Plaintiff's motion is otherwise denied. Judgment is entered in favor of the Plaintiff, and this civil action stands closed.

01/12/2022
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H Burton*
(By) Deputy Clerk

GAS Rev 10/2020